No. 78–417. CALIFORNIA ET AL. v. CIVIL AERONAUTICS BOARD; and

No. 78–447. NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS v. CIVIL AERONAUTICS BOARD. C. A. D. C. Cir. Certiorari denied. Reported below: 189 U. S. App. D. C. 176, 581 F. 2d 954.

No. 78–423. CHEIMAN ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–430. TODD ET UX. v. ASSOCIATED CREDIT BUREAU SERVICES, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–462. OSBORNE v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 78–484. O'CALLAGHAN v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 78–489. MITCHELL ET UX. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–495. COLE HOSPITAL, INC., ET AL. v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 7th Cir. Certiorari denied.

No. 78–496. RICHARDSON ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–497. RAMSEY v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 78–505. BRAESCH ET AL. v. DEPASQUALE ET AL. Sup. Ct. Neb. Certiorari denied.